# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 22-521
### consolidated with 22-406 and 22-432

LAFAYETTE CITY-PARISH
CONSOLIDATED GOVERNMENT

VERSUS

BENDEL PARTNERSHIP (A PARTNERSHIP
IN COMMENDAM), CIRCLE "A" FARM, INC.,
STACY ALBERT FARM, INC., AND
SOUTHERN ACRES, LLC

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NUMBER  C-2021-16273 "B"
HONORABLE VALERIE GOTCH GARRETT, DISTRICT JUDGE

**********

SHARON DARVILLE WILSON
JUDGE

**********

Court composed of Sylvia R. Cooks, Chief Judge, Billy Howard Ezell, and Sharon Darville Wilson, Judges.

JUDGMENT VACATED; ORIGINAL JUDGMENT
REINSTATED AND AFFIRMED AS AMENDED;
AND REMANDED.

**Pride Justin Doran**
**Raven C. Boxie**
**DORAN & CAWTHORNE, PLCC**
**521 East Landry Street**
**Opelousas, Louisiana  70570**
**(337) 948-8008**
**Counsel for Defendant/Appellee/Cross-Appellant:**
        **Bendel Partnership, A Partnership in Commendam**

**Sarah Harbison**
**PELICAN INSTITUTE OF PUBLIC POLICY**
**400 Poydras Street, Suite 900**
**New Orleans, Louisiana  70130**
**(504) 952-8016**
**Counsel for Amicus Curiae:**
        **Institute for Justice**

**Christen Hebert**
**INSTITUTE FOR JUSTICE**
**816 Congress Avenue, Suite 960**
**Austin, Texas  78701**
**(512) 480-3936**
**Counsel for Amicus Curiae:**
        **Institute for Justice**

**Michael D.  Hebert**
**BECKER & HEBERT, LLC**
**201 Rue Beauregard**
**Lafayette, Louisiana  70508**
**(337) 233-1987**
**Counsel for Plaintiff/Appellant/Cross-Appellee:**
        **Lafayette City-Parish Consolidated Government**

**Gregory J. Logan**
**Lafayette City-Parish Attorney**
**THE LOGAN LAW FIRM**
**700 Jefferson Street**
**Lafayette, Louisiana  70505**
**(337) 406-9685**
**Counsel for Plaintiff/Appellant/Cross-Appellee:**
        **Lafayette City-Parish Consolidated Government**

**Camille Bienvenu Poche'**
**Karen T. Bordelon**
**BABINEAUX, POCHÉ, ANTHONY & SLAVICH, LLC**
**Post Office Box 52169**
**Lafayette, Louisiana  70505-2169**
**(337) 984-2505**
**Counsel for Plaintiff/Appellant/Cross-Appellee:**

Lafayette City-Parish Consolidated Government

Randall A. Smith
L. Tiffany Hawkins
SMITH & FAWER, LLC
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana  70170
(504) 525-2200
Counsel for Defendant/Appellee/Cross-Appellant:
       Bendel Partnership (A Partnership in Commendam)

Omar J. Thibeaux
THE THIBEAUX FIRM
400 E. Kaliste Saloom Road, Suite 3200
Lafayette, Louisiana  70508
(337) 453-4663
Counsel for Plaintiff/Appellant/Cross-Appellee:
       Lafayette City-Parish Consolidated Government

**WILSON, Judge.**

In this expropriation proceeding, both the landowner and the Lafayette City-Parish Consolidated Government (LCG) appeal multiple rulings from the trial court, which dismissed the expropriation petition, reserved the landowner's claims for attorney's fees and damages, and omitted an award of costs to the landowner, Bendel Partnership, A Partnership in Commendam (Bendel). For the reasons expressed in *Lafayette City-Parish Consolidated Government v. Bendel Partnership*, 22-432 (La.App. 3 Cir. ___/___/22), ___ So.3d ___, we find no manifest error in the trial court's granting the motion to dismiss. However, we vacate the trial court's May 26, 2022 judgment and reinstate the May 4, 2022 judgment and amend it to include the following language: "Bendel Partnership's rights regarding any claims for attorney's fees and/or damages are hereby reserved." The matter is remanded for further proceedings consistent with this opinion. The Lafayette City-Parish Government is cast with all costs of this appeal.

**JUDGMENT VACATED; ORIGINAL JUDGMENT REINSTATED AND AFFIRMED AS AMENDED; AND REMANDED.**